JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRANDON GREEN, | Case No. LACV 16-4473-AG (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.E. SPEARMAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 24, 2019

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE